Bunda, Stutz & DeWitt, P.L.L., and Rebecca C. Sechrist, for appellee Owens–Illinois, Inc.

---

STAHLHEBER, ADMR., APPELLANT, *v.* LAC D'AMIANTE
DU QUEBEC LTEE ET AL., APPELLEES.

[Cite as *Stahlheber v. Lac d'Amiante du Quebec
Ltee,* 120 Ohio St.3d 458, 2009-Ohio-6.]

(No. 2007–0257—Submitted November 19, 2008—Decided January 7, 2009.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Ackison v. Anchor Packing Co.*, 120 Ohio St.3d 228, 2008-Ohio-5243, 897 N.E.2d 1118.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents.

———————

Young, Reverman & Mazzei Co., L.P.A., Richard E. Reverman, and Kelly W. Thye, for appellant.

Bunda, Stutz & DeWitt, P.L.L., and Rebecca C. Sechrist, for appellee Owens–Illinois, Inc.